```
 1
 2
 3
 4
 5
 6                  IN THE UNITED STATES DISTRICT COURT
 7                     FOR THE DISTRICT OF ARIZONA
 8
     Loretta Greer,                  )
 9                                   )
              Petitioner,            )
10                                   )
              v.                     )    CV 04-1265 PHX JAT (VAM)
11                                   )
     Arizona Attorney General et al.,)    REPORT AND RECOMMENDATION
12                                   )
              Respondents.           )
13
     TO THE HONORABLE JAMES A. TEILBORG, U.S. DISTRICT JUDGE.
14
          Pending before the Court is petitioner's "Notice [Motion]
15
     Filing Writ of Mandamus Against State of Arizona to [sic] Trasnfer
16
     for * Safety * and Exhibits.  (Doc. 150).
17
          Petitioner asks that the Court order the Arizona Department
18
     of Corrections ("ADOC") to transfer her "TO A DIFFERENT STATE AND
19
     INSTITUTION FOR HER SAFETY ..."  (Doc. 150).  Specifically,
20
     petitioner asks that the Court enter a writ of mandamus pursuant
21
     to 28 U.S.C. § 1361 to accomplish this.  (Id. at Attached p. 2).
22
     Petitioner has not filed an action pursuant to 28 U.S.C. § 1361.
23
     Her habeas action pursuant to 28 U.S.C. § 2254 may assert only
24
     claims alleging that her state court convictions and/or sentences
25
     violate her rights under the federal constitution or federal law.
26
     (See Doc. 90 at p. 4, citing Badea v. Cox, 938 F.2d 573, 574 (9th
27
     Cir. 1991)).  Petitioner's request for a writ of mandamus ordering
28
```

ADOC to transfer her to another state or another institution does not cognizable under 28 U.S.C. § 2254.

IT IS THEREFORE RECOMMENDED that petitioner's "Notice [Motion] Filing Writ of Mandamus Against State of Arizona to [sic] Transfer for * Safety * ..." (Doc. 150) be denied.

This Report and Recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal filed pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the district court's order and judgment. The parties shall have ten (10) days from the date of service of this Report and Recommendation to file specific written objections with the Court. Thereafter, the parties shall have ten (10) days within which to file a response to the objections. Failure to timely file objections to the Magistrate Judge's Report and Recommendation will result in a waiver of de novo review of the factual findings and may result in the acceptance of the Report and Recommendation by the district court without further review. See United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003).

DATED this 7th day of November, 2005.

_____
Virginia A. Mathis
United States Magistrate Judge

2