**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Loretta Ann Greer, ) | No. CV 04-1265-PHX-JAT |
| ) Petitioner, ) | **ORDER** |
| vs. ) |  |
| Arizona Attorney General; et al., ) |  |
| Respondents. ) |  |

On September 1, 2006, this Court denied Petitioner's Habeas Petition. On September 11, 2006, Petitioner filed a notice of appeal. On November 2, 2006, this Court denied Petitioner's request for a certificate of appealability. It appears that the Court of Appeals has not yet issued a decision on whether to grant petitioner a certificate of appealability.[1]

On December 22, 2006, Petitioner filed a request for a competency hearing before this Court. "Once a notice of appeal is filed, the district court is divested of jurisdiction over the matters being appealed." *Natural Res. Def. Council v. Southwest Marine Inc.*, 242 F.3d 1163, 1166 (9th Cir. 2001) (quoting *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982)). Therefore, because this Court no longer has jurisdiction over this case,

/ / /

/ / /

---

[1] The Court of Appeals has denied Petitioner's petition for mandamus. (Doc. #273).

1    IT IS ORDERED that Petitioner's Motion for Competency Hearing before the district
2  court (Doc. #274) is denied.
3    DATED this 14th day of March, 2007.

James A. Teilborg
United States District Judge